UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAIF ALI AHMED SALEH; MICHAEL'S MARKET, INC., a California Corporation; and Does 1-10,<br><br>　　　　　　Defendants. | Case 2:16-CV-00617-JAM-KJN<br><br>Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses |

Following the Court's ruling on March 5, 2018, the Court grants JUDGMENT in favor of plaintiff Scott Johnson and against defendant John Saif Ali Ahmed Saleh and Michael's Market, Inc. in the amount of $3,855.00 in attorneys' fees, and $4,142.50 in costs totaling $7,997.50.

Dated: March 26, 2018　　　　**/s/ JOHN A. MENDEZ**
　　　　　　　　　　　　　　Hon. JOHN A. MENDEZ
　　　　　　　　　　　　　　United States District Court Judge