# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 2:16-CV-00617-JAM-KJN |
| Plaintiff, | **ORDER RE STIPULATION TO CONTINUE DEBTOR'S EXAMINATION** |
| v. | |
| **Saif Ali Ahmed Saleh, et al;** | Date: 9/27/18 |
| Defendants. | Time: 10:00 a.m. |
| | Courtroom: 25 |
| | Judge: Kendall Newman |

## ORDER

Having read the foregoing request, and pursuant to the stipulation of the parties, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Saif Ali Ahmed Saleh is continued to 9/27/18, at 10:00 am, in Courtroom 25, 8th floor, 501 I Street, Sacramento, CA.

IT IS SO ORDERED.

Dated: August 9, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order to Continue Debtor's Exam        -1-